## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARIA E. MONTOYA, individually and on behalf of all other similarly situated persons,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No: 22-cv-00751** |
| **v.** | ) ) | **Honorable John J. Tharp Jr.** |
| **RELISH LABS LLC, d/b/a HOME CHEF,** | ) ) ) | |
| **Defendant.** | ) ) | |

## DEFENDANT'S COMBINED MOTION TO DISMISS AND COMPEL ARBITRATION

Defendant Relish Labs LLC, d/b/a Home Chef ("Defendant" or "Home Chef"), through its undersigned counsel, respectfully requests that the Court compel arbitration on an individual basis and dismiss this action under Rule 12(b)(3) of the Federal Rules of Civil Procedure. Support for Defendant's motion is set forth in its accompanying memorandum of law filed contemporaneously herewith.

Respectfully submitted:

Relish Labs LLC, d/b/a Home Chef

*/s/ Joseph D. Kern*
Diane Webster
Peter E. Pederson
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000 Phone
(312) 704-3001 Fax
dwebster@hinshawlaw.com
ppederson@hinshawlaw.com
jkern@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Joseph D. Kern, an attorney, certify that on March 10, 2022, I caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

To: Daniel Schlade, Esq.
James Dore, Esq.
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
dschlade@justicialaboral.com
jdore@justicialaboral.com

*/s/ Joseph D. Kern*

1048107\310291582.v1