# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA E. MONTOYA, individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> RELISH LABS LLC, d/b/a HOME CHEF, <br><br> Defendant. | Case No: 22-cv-00751 |

## STIPULATION OF DISMISSAL

Plaintiff Maria E. Montoya ("Plaintiff") and Defendant Relish Labs LLC ("Defendant"), through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice and without costs. The claims of the putative class shall be dismissed without prejudice. This stipulation disposes of this entire action.

| Attorney for Plaintiffs | Attorney for Defendant |
|---|---|
| */s/ Daniel Schlade* <br> Daniel Schlade <br> James Dore <br> Justicia Laboral, LLC <br> 6232 N. Pulaski, #300 <br> Chicago, IL 60646 <br> dschlade@justicialaboral.com <br> jdore@justicialaboral.com | */s/ Joseph D. Kern* <br> Joseph D. Kern <br> HINSHAW & CULBERTSON LLP <br> 151 North Franklin Street, Suite 2500 <br> Chicago, IL 60606 <br> T: (312) 704-3000 <br> jkern@hinshawlaw.com |

## CERTIFICATE OF SERVICE

      I, Joseph D. Kern, an attorney, certify that on October 11, 2022, I caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- [x] ECF
- [ ] Facsimile
- [ ] UPS
- [ ] U.S. Mail
- [ ] E-Mail
- [ ] Messenger Delivery

To:    Daniel Schlade, Esq.
         James Dore, Esq.
         Justicia Laboral, LLC
         6232 N. Pulaski, #300
         Chicago, IL 60646
         dschlade@justicialaboral.com
         jdore@justicialaboral.com

                                                  */s/ Joseph D. Kern*

1048107\311729792.v1