# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maria E. Montoya

                Plaintiff,

v.                                          Case No.: 1:22−cv−00751
                                                   Honorable John J. Tharp Jr.

Relish Labs LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2022:

       MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' Joint Stipulation of Dismissal [19] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is dismissed with prejudice. All future dates and deadlines are stricken; any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.